# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | | |
|---|---|---|
| **Temeshia D. Mathieu,** | **Case No.:** | **23-51611-JAW** |
| **Debtor.** | **Chapter:** | **7** |

| | |
|---|---|
| **Temeshia D. Mathieu** | **Plaintiff** |
| v. | **Adv. Proc. No.: 23-06039-KMS** |
| **U.S. Department of Education** | **Defendant** |

## STIPULATION OF DISMISSAL

Plaintiff-Debtor Temeshia D. Mathieu and Defendant United States of America, on behalf of the Department of Education, hereby stipulate and agree that all claims in the above-captioned action are dismissed without prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all attorney's fees, costs of court, and expenses to be borne to each party incurring the same.

**TEMESHIA D. MATHIEU**, *Plaintiff*

By:  /s/ Thomas C. Rollins, Jr.
     Thomas C. Rollins, Jr. (MS Bar No. 103469)

     Attorney for Temeshia D. Mathieu

**U.S. DEPARTMENT OF EDUCATION,** *Defendant*

By:  Patrick Lemon
     Acting United States Attorney for the
     Southern District of Mississippi

     s/ James E. Graves, III
     James E. Graves, III (MS Bar No. 102252)
     Assistant United States Attorney

     Attorney for the United States of America