# Proceeding Minutes / Proceeding Memo

**Case #:** 23-06039  **Case Name:** Mathieu v. US Department of Education

**Set:** 07/10/2025 09:00 am  **Chapter:**  **Type:** ap  **Judge:** Katharine M. Samson

**matter** Amended Notice of Status Conference (RE: related document(s)1 Complaint filed by Plaintiff Temeshia Danielle Mathieu) Status hearing to be held on 7/10/2025 at 09:00 AM at Courtroom - Gulfport. (mcc) (Dkt. #8)

Minute Entry Re: (related document(s): [8] Notice of Status Conference) A Stipulation of Dismissal was filed on 6/5/25. Status conference removed. (mcc)